IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, | |
| Plaintiff, | Civil Action No. 6:12-cv-00201-MHS |
| v. | |
| BROTHER INDUSTRIES, LTD. and BROTHER INTERNATIONAL CORPORATION, | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER OF DISMISSAL

Having considered Plaintiff Technology Properties Limited LLC's ("Plaintiff") Notice of Voluntary Dismissal the Court finds that good cause exists for granting the notice. The Notice of Voluntary Dismissal is GRANTED. All claims asserted by Plaintiff against Defendants Brother Industries, Ltd. and Brother International Corporation are hereby dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

**It is SO ORDERED.**

**SIGNED this 2nd day of August, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE