**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC | § § § | |
| v. | § § | Case No. 6:12-cv-201 |
| INDUSTRIES, LTD. and BROTHER INTERNATIONAL CORP. | § § § | |

## FINAL JUDGMENT

In accordance with the Court's order dismissing the claims in this case, it is hereby

**ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

SIGNED this 2nd day of August, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE